No. 236. CITY OF CHELSEA, PLAINTIFF IN ERROR, *v.* CITY OF BOSTON. In error to the Supreme Judicial Court of the State of Massachusetts. Motion to dismiss submitted October 8, 1917. Decided October 15, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Equitable Life Assurance Society* v. *Brown*, 187 U. S. 308, 314; *Manhattan Life Ins. Co.* v. *Cohen*, 234 U. S. 123, 137; *Easterling Lumber Co.* v. *Pierce*, 235 U. S. 380; (2) *Worcester* v. *Worcester Consolidated Street Ry.*, 196 U. S. 539; *Kies* v. *Lowrey*, 199 U. S. 233; *Stewart* v. *Kansas City*, 239 U. S. 14. *Mr. Wilton J. Lambert, Mr. Louis R. Kiernan* and *Mr. Samuel R. Cutler* for plaintiff in error. *Mr. John A. Sullivan* and *Mr. Joseph P. Lyons* for defendant in error.

No. 485. CLARA A. WHEELER ET AL., APPELLANTS, *v.* CITY AND COUNTY OF DENVER ET AL. Appeal from the United States Circuit Court of Appeals for the Eighth Circuit. Motion to dismiss or affirm submitted October 1, 1917. Decided October 15, 1917. *Per Curiam.* Dismissed for want of jurisdiction upon the authority of (1) *Hannis Distilling Co.* v. *Baltimore*, 216 U. S. 285; *Fay* v. *Crozer*, 217 U. S. 455; *Hendricks* v. *United States*, 223 U. S. 178, 184. See *City and County of Denver* v. *New York Trust Co.*; *City and County of Denver* v. *Denver Union Water Co.*, 229 U. S. 123; *Wheeler* v. *City and County of Denver*, 229 U. S. 342, 352; (2) *Robinson* v. *Caldwell*, 165 U. S. 359; *Loeb* v. *Columbia Township*, 179 U. S. 472; *Macfadden* v. *United States*, 213 U. S. 288; *Boise Water Co.* v. *Boise City*, 230 U. S. 98. *Mr. Clayton C. Dorsey, Mr. Edwin H. Park* and *Mr. Henry A. Lindsley* for appellants. *Mr. James A. Marsh* and *Mr. Norton Montgomery* for appellees.